UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ERIC WARD | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:15CV393-RHW |
| LASHAWN COLEMAN et al | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Order granting Defendants' motion for summary judgment on the basis of sovereign and qualified immunity, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS ORDERED AND ADJUDGED that Defendants' [41] Motion for Summary Judgment is GRANTED and that Plaintiff's lawsuit is DISMISSED with prejudice as to all claims and all Defendants.

SO ORDERED, this the 30th day of November, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE